

# Fourth Court of Appeals
## San Antonio, Texas

November 10, 2016

No. 04-16-00549-CV

**VIRTEX OPERATING CO., INC**. and VirTex Producing Company, L.P.,
Appellants

v.

Robert Leon **BAUERLE** and Cynthia Bauerle,
Appellees

From the 81st Judicial District Court, Frio County, Texas
Trial Court No. 12-10-00365-CVF
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

On November 7, 2016, court reporter Patricia Gaddis filed a notification of late record stating appellant had not paid for preparation of the reporter's record. Almost immediately thereafter, Ms. Gaddis filed a letter with this court in which she advises she has been paid, she simply "overlooked" the payment. Accordingly, we **DENY AS MOOT** the notification of late record filed by Ms. Gaddis.

We note that prior to the filing of Ms. Gaddis's notification of late record, another court reporter, Mr. Richey Gentry, filed a notification of late record asking for an extension of time to file the record. We granted the request and ordered Mr. Gentry to file the reporter's record on or before November 2, 2016. The record has not been filed. Given the notification by Ms. Gaddis, this court is unclear as to whether there are two reporters in this case who took different portions of the record or the notification filed previously by Mr. Gentry was on behalf of Ms. Gaddis. The clerk's office of this court has left messages with both reporters in an effort to clarify the number of reporters involved in this matter. We have not received a response. Accordingly, based on the knowledge this court has at this time, it appears there are two court reporters who transcribed different portions of the record in this matter. Ms. Gaddis has advised that she will be filing her portion of the record in this court on Friday, November 11, 2016, and we **ORDER** her to do so. We **ORDER** court reporter Richey Gentry to file his portion of the reporter's record in this court on or before **December 12, 2016**. If Mr. Gentry did not transcribe any portion of the record in this matter, we **ORDER** that he so advise the court of this fact in writing on or before **November 15, 2016**.

We **order** the clerk of this court to serve a copy of this order on all counsel and reporters Patricia Gaddis and Richey Gentry.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of November, 2016.

_____
Keith E. Hottle
Clerk of Court